```
      FILED        LODGED
      RECEIVED     COPY

      DEC 17 2019

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY                  DEPUTY
```

MICHAEL BAILEY
United States Attorney
District of Arizona

TODD ALLISON
Assistant United States Attorney
Arizona State Bar No. 026936
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: todd.allison@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Benedict Melone,<br><br>　　　　　Defendant. | No. CR-19-01415-PHX-DGC (JZB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 922(g) and 924(a)(2)<br>　　　Felon in Possession of a Firearm and Ammunition<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure<br>　　　Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 13, 2019, in the District of Arizona, defendant JOSEPH BENEDICT MELONE did possess, in and affecting interstate commerce, a firearm and ammunition, to wit: one Glock, model 43X, 9mm handgun, serial number BLAN242, 131 rounds of 9mm ammunition and two rounds of .22 caliber ammunition. Defendant knowingly possessed the firearm and ammunition, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

**<u>FORFEITURE ALLEGATION</u>**

The Grand Jury realleges and incorporates the allegations of Count 1 of this

Indictment, which are incorporated by reference as though fully set forth herein. Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

1) one Glock, model 43X, 9mm handgun, serial number BLAN242;
2) 131 rounds of 9mm ammunition; and
3) two rounds of .22 caliber ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,
(2) has been transferred or sold to, or deposited with, a third party,
(3) has been placed beyond the jurisdiction of the court,
(4) has been substantially diminished in value, or
(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Date: December 17, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/
_____
TODD ALLISON
Assistant U.S. Attorney