AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED _____ LODGED
✓ RECEIVED _____ COPY
DEC 20 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-19-01415-PHX-DGC |
| | ) | |
| Joseph Benedict Melone | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Joseph Benedict Melone ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:922(g) and 924(a)(2) - Felon in Possession of a Firearm and Ammunition



Date:  12/18/2019

_____
*Issuing officer's signature*

City and state:  Phoenix, Arizona

S. Quinones, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-18-19 , and the person was arrested on *(date)* 12-19-19
at *(city and state)* Scottsdale, AZ .

Date: 12-19-19

_____
*Arresting officer's signature*

FOR:
FBI
*Printed name and title*