MICHAEL BAILEY
United States Attorney
District of Arizona

LACY COOPER
Arizona State Bar No. 024064
ALANNA KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lacy.Cooper@usdoj.gov
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-01415-PHX-DGC (JZB) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 18 U.S.C. § 922(g)(8) and 924(a)(2) (Possession of a Firearm by a Person Subject to a Court Order) |
| Joseph Benedict Melone, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 13, 2019, in the District of Arizona, defendant Joseph Benedict Melone, knowing he was subject to a court order meeting the requirements of Title 18, United States Code, Section 922(g)(8), that is, an Order of Protection issued on January 4, 2019, and affirmed on February 28, 2019 after a hearing, in Scottsdale City Court Case No. CV-2019000279, did knowingly possess a firearm, to wit: a Glock Model

//

//

//

43X 9mm handgun, and the firearm had previously been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(8) and 924(a)(2).

Dated this  17th  day of    September    , 2020.

                           MICHAEL BAILEY
                           United States Attorney
                           District of Arizona

                           */s/ Lacy Cooper*
                           LACY COOPER
                           ALANNA KENNEDY
                           Assistant U.S. Attorneys